UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  
    Troy Clark  
    Timetra Clark  
        Debtor(s)

Case No. 13 B 10762

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 03/18/2013.

2) The plan was confirmed on 12/04/2013.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 03/19/2014.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was Dismissed on 06/04/2014.

6) Number of months from filing to last payment: 14.

7) Number of months case was pending: 17.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $12,951.74 |
| Less amount refunded to debtor | $1,089.24 |

**NET RECEIPTS:** $11,862.50

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $3,181.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $529.12 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $3,710.12

Attorney fees paid and disclosed by debtor:     $319.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Accounts Receivable Management | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Afni | Unsecured | 1,635.00 | NA | NA | 0.00 | 0.00 |
| Allied Interstate | Unsecured | 210.00 | NA | NA | 0.00 | 0.00 |
| Alvereno Clinical Laboratories | Unsecured | 268.00 | NA | NA | 0.00 | 0.00 |
| American InfoSource LP as Agent | Unsecured | 740.00 | NA | NA | 0.00 | 0.00 |
| American InfoSource LP as Agent | Unsecured | 800.00 | 670.62 | 670.62 | 0.00 | 0.00 |
| AmeriCash Loans LLC | Unsecured | 1,140.00 | 33.80 | 33.80 | 0.00 | 0.00 |
| Anthem | Unsecured | 16.00 | NA | NA | 0.00 | 0.00 |
| Archer Holdings | Unsecured | 325.00 | NA | NA | 0.00 | 0.00 |
| At&T | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Atoka Police Department | Unsecured | 120.00 | NA | NA | 0.00 | 0.00 |
| Bus & Prof Svc | Unsecured | 53.00 | NA | NA | 0.00 | 0.00 |
| Capital One Auto Finance | Unsecured | 0.00 | 9,280.91 | 9,280.91 | 0.00 | 0.00 |
| Cashnetusa | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Cda/pontiac | Unsecured | 7,405.00 | NA | NA | 0.00 | 0.00 |
| Central Credit/penn Cr | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| Certified Services Inc | Unsecured | 204.00 | NA | NA | 0.00 | 0.00 |
| Chase | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Chicago Family Health Center | Unsecured | 82.00 | NA | NA | 0.00 | 0.00 |
| Citibank NA | Unsecured | 216.00 | NA | NA | 0.00 | 0.00 |
| City of Chicago Department of Revenue | Unsecured | 2,500.00 | 2,784.80 | 2,784.80 | 0.00 | 0.00 |
| CMD Account Management | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| Comcast | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| ComEd | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Commonwealth Edison | Unsecured | 677.00 | 872.76 | 872.76 | 0.00 | 0.00 |
| Cook County Hospital | Unsecured | 45.00 | NA | NA | 0.00 | 0.00 |
| Credit Collection Services | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Credit Protection Association | Unsecured | 1,110.00 | NA | NA | 0.00 | 0.00 |
| Credit Protection Association | Unsecured | 1,108.00 | NA | NA | 0.00 | 0.00 |
| Credit Protection Association | Unsecured | 195.00 | NA | NA | 0.00 | 0.00 |
| Dependon Collection | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Dependon Collection Se | Unsecured | 218.00 | NA | NA | 0.00 | 0.00 |
| Equinox | Unsecured | 994.00 | NA | NA | 0.00 | 0.00 |
| Every Tooth Counts Pediatric | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| EZCash Loan | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Family Christian Health Center | Unsecured | 18.00 | NA | NA | 0.00 | 0.00 |
| Franklin Collection Service | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Geico | Unsecured | 82.00 | NA | NA | 0.00 | 0.00 |
| Gentle Breeze Loans | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| hanger Prosthetics & Orthotics | Unsecured | 15.00 | NA | NA | 0.00 | 0.00 |
| HRRG | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| IL Dept Of Healthcare & Family Services | Priority | 32,118.00 | 32,743.72 | 32,743.72 | 1,964.56 | 0.00 |
| Illinois Dept of Revenue 0414 | Priority | 0.00 | 95.22 | 95.22 | 5.72 | 0.00 |
| Illinois Dept of Revenue 0414 | Unsecured | 1,295.00 | 1,433.89 | 1,433.89 | 0.00 | 0.00 |
| Illinois Tollway | Unsecured | 123.00 | NA | NA | 0.00 | 0.00 |
| Ingalls Memorial Hospital | Unsecured | 1.00 | 6,929.01 | 6,929.01 | 0.00 | 0.00 |
| Internal Revenue Service | Priority | 2,500.00 | 3,894.05 | 3,894.05 | 233.63 | 0.00 |
| Internal Revenue Service | Unsecured | 0.00 | 2,583.21 | 2,583.21 | 0.00 | 0.00 |
| Leading Edge Recovery Solutions | Unsecured | 1,302.00 | NA | NA | 0.00 | 0.00 |
| Linebarger Goggan Blair & Sampson | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| M3 Financial Services Inc | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Markeitha White | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| MCS Collections Inc | Unsecured | 72.00 | NA | NA | 0.00 | 0.00 |
| MCSI | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Medical Recovery Specialists | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Mrsi | Unsecured | 2,301.00 | NA | NA | 0.00 | 0.00 |
| Municipal Collection Services | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Municipal Collections Of America | Unsecured | 271.00 | NA | NA | 0.00 | 0.00 |
| Municipal Collections Of America | Unsecured | 190.00 | 273.77 | 273.77 | 0.00 | 0.00 |
| Municipal Collections Of America | Unsecured | 250.00 | 500.00 | 500.00 | 0.00 | 0.00 |
| National Action Financial Services | Unsecured | 22.00 | NA | NA | 0.00 | 0.00 |
| National Credit Adjustors | Unsecured | 430.00 | NA | NA | 0.00 | 0.00 |
| Nco Fin/55 | Unsecured | 1,091.00 | NA | NA | 0.00 | 0.00 |
| Paylink Payments Plans LLC | Unsecured | 118.00 | NA | NA | 0.00 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 388.00 | 362.46 | 362.46 | 0.00 | 0.00 |
| Pramuk Dental Center | Unsecured | 157.00 | NA | NA | 0.00 | 0.00 |
| Premier Bankcard | Unsecured | 483.00 | 483.21 | 483.21 | 0.00 | 0.00 |
| Quest Diagnostics | Unsecured | 7.25 | NA | NA | 0.00 | 0.00 |
| RAC Acceptance | Unsecured | 3,160.00 | NA | NA | 0.00 | 0.00 |
| Region Recov | Unsecured | 158.00 | NA | NA | 0.00 | 0.00 |
| Regional Acceptance | Secured | 19,700.00 | 23,742.80 | 19,700.00 | 5,680.33 | 268.14 |
| Regional Acceptance | Unsecured | NA | 4,042.80 | 4,042.80 | 0.00 | 0.00 |
| Resurgent Capital Services | Unsecured | 0.00 | 1,133.00 | 1,133.00 | 0.00 | 0.00 |
| River Elk Loans | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| South Holland Police PEP | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| South Suburban Family Health | Unsecured | 72.00 | NA | NA | 0.00 | 0.00 |
| Southwest Laboratory Physicians | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Sprint Nextel | Unsecured | 0.00 | 739.92 | 739.92 | 0.00 | 0.00 |
| Stellar Recovery Inc | Unsecured | 592.00 | NA | NA | 0.00 | 0.00 |
| Sullivan Urgent Aid Centers Ltd | Unsecured | 700.00 | 300.00 | 300.00 | 0.00 | 0.00 |
| Sullivan Urgent Aid Centers Ltd | Unsecured | 0.00 | 698.00 | 698.00 | 0.00 | 0.00 |
| Sullivan Urgent Aid Centers Ltd | Unsecured | 0.00 | 300.00 | 300.00 | 0.00 | 0.00 |
| Unique National Collections | Unsecured | 68.00 | NA | NA | 0.00 | 0.00 |
| United States Dept Of Education | Unsecured | 11,314.00 | 8,789.87 | 8,789.87 | 0.00 | 0.00 |
| United States Dept Of Education | Unsecured | 0.00 | 5,269.00 | 5,269.00 | 0.00 | 0.00 |
| United States Dept Of Education | Unsecured | 0.00 | 11,715.99 | 11,715.99 | 0.00 | 0.00 |
| University of Chicago Medical Cente | Unsecured | 120.00 | NA | NA | 0.00 | 0.00 |
| University of Chicago Physicians Gr | Unsecured | 31.50 | NA | NA | 0.00 | 0.00 |
| West Asset Management | Unsecured | 1,625.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $19,700.00 | $5,680.33 | $268.14 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$19,700.00** | **$5,680.33** | **$268.14** |
| | | | |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $32,743.72 | $1,964.56 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $3,989.27 | $239.35 | $0.00 |
| **TOTAL PRIORITY**: | **$36,732.99** | **$2,203.91** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS**: | **$59,197.02** | **$0.00** | **$0.00** |

| **Disbursements:** | |
|---|---|
| Expenses of Administration | $3,710.12 |
| Disbursements to Creditors | $8,152.38 |
| **TOTAL DISBURSEMENTS** : | **$11,862.50** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 08/04/2014                By: /s/ Marilyn O. Marshall
                                                                    Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**